IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CENTURY SURETY COMPANY, | § § | |
| Plaintiff, | § § | |
| v. | § | 1:22-CV-285 |
| | § § | |
| COLGATE OPERATING, LLC, | § § | |
| Defendant. | § § | |

## ORDER GRANTING LEAVE TO TRANSFER VENUE

Before the Court is Defendant's Unopposed Motion for Leave to Transfer Venue, in which it seeks transfer of this case to the Midland Division of the Western District of Texas. (Dkt. 13). Defendant asserts that the venue selection provision of a Master Services/Sales Agreement suggests that the Midland Division is the proper venue for this case, and Plaintiff agrees. (*Id.* at 2). Where a case is filed laying venue in the wrong division, "a district court may transfer any civil action to any other district or division where it might have been brought" if it is in the interests of justice. 28 U.S.C. § 1404(a). The Court finds that it is in the interests of justice to allow transfer to the Midland Division. Defendant's Motion for Leave to Transfer Venue, (Dkt. 13), is therefore **GRANTED**.

**IT IS HEREBY ORDERED** that the case be transferred to the Midland Division of the Western District of Texas.

**SIGNED** on May 11, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE